IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WILLIAM JOSEPH GRAHAM et al.,

                Plaintiffs,

v.

LEXISNEXIS RISK AND INFORMATION
ANALYTICS MANAGEMENT GROUP, INC.,
et al.,

                Defendants.

Civil Action Number 3:09CV655

## **ORDER**

This matter is before the Court on the defendants' motions to transfer venue (Docket Numbers 33, 35, & 37). For the reasons stated from the bench, the motions are DENIED.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

February 17, 2010                     /s/
DATE                             RICHARD L. WILLIAMS
                                  SENIOR UNITED STATES DISTRICT JUDGE