IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM JOSEPH GRAHAM, *et al.*,

      Plaintiffs,

v.                                                     Civil Action No. 3:09-cv-655 (RLW)

LEXISNEXIS RISK & INFORMATION
ANALYTICS MANAGEMENT GROUP
INC., *et al.*,

      Defendants.

## AGREED ORDER

CAME NOW Defendants, LexisNexis Risk & Information Analytics Group Inc., Reed Elsevier Inc. and Seisint, Inc. (collectively, "Defendants"), by counsel, upon their Motion for Extension of Time to file objections to Plaintiffs' First Set of Requests for Admission and Requests for Production propounded by Plaintiffs, William Joseph Graham and Crystal Myrick, on behalf of themselves and all others similarly situated.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiffs and Defendants, it is hereby,

ORDERED, ADJUDGED and DECREED that Defendants' Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendants shall be GRANTED an extension of time until on or before April 14, 2010, to file their objections to Plaintiffs' First Set of Requests for Admission and Requests for Production.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this ____ day of _____, 2010.

/s/
Richard L. Williams
United States District Judge  APR 0 5 2010

WE ASK FOR THIS:

**LEXISNEXIS RISK & INFORMATION ANALYTICS MANAGEMENT GROUP INC., REED ELSEVIER INC. AND SEISINT INC.**

By: _____
David N. Anthony
Virginia State Bar No. 31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone No.: (804) 697-5410
Facsimile No.: (804) 698-5118
Email: david.anthony@troutmansanders.com

Jeffrey T. Cox (admitted *pro hac vice*)
Ronald I. Raether, Jr. (admitted *pro hac vice*)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
10 North Ludlow Street
Dayton, OH 45402
Telephone No.: (937) 227-3733
Facsimile No.: (937) 227-3717
Email: RRaether@ficlaw.com

SEEN AND AGREED:

**WILLIAM JOSEPH GRAHAM AND CRYSTAL MYRICK**

By: _____
Dale W. Pittman
Virginia State Bar No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
Telephone No.: (804) 861-6000
Facsimile No.: (804) 861-3368
Email: dale@pittmanlawoffice.com

Leonard A. Bennett
Virginia State Bar No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone No.: (757) 930-3660
Facsimile No.: (757) 930-3662
Email: lenbennett@clalegal.com



RECEIVED APR - 5 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA