UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM JOSEPH GRAHAM, and
CRYSTAL MYRICK, on
behalf of themselves and
all others similarly situated,

Civil Action No.: 3:09-CV-00655

Plaintiffs,

v.

JURY TRIAL DEMANDED

LEXISNEXIS RISK & INFORMATION
     ANALYTICS MANAGEMENT GROUP, INC.,
REED ELSEVIER, INC.,
SEISINT, INC.,
and
PROFESSIONAL ACCOUNT SERVICES, INC.,

Defendants.

## JOINT STATUS REPORT

COME NOW the Parties, Plaintiffs William Joseph Graham and Crystal Myrick (collectively, "Plaintiffs"), and Defendants LexisNexis Risk Data Management Inc. (f/k/a Seisint, Inc.), LexisNexis Risk Solutions FL Inc. (f/k/a LexisNexis Risk & Information Analytics Group Inc.), and Reed Elsevier Inc. (collectively, "the Seisint Defendants"), and through their respective Counsel of Record hereby state:

1.     On September 2, 2010, the Seisint Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. (*See* Docket Nos. 88 & 89.) In connection with their Motion to Dismiss, the Seisint Defendants agree to an extension of time for Plaintiffs to respond to the Motion, which was otherwise due on September 13, 2010. That extension is addressed further in paragraph 4 below.

1

sf-2895624

2.    While Plaintiffs have served written discovery and that discovery remains outstanding, the Parties agree that no written discovery will be exchanged until the Court rules on the Seisint Defendants' Motion to Dismiss.

3.    The Parties agree that Plaintiffs will take the deposition of Lisa Policastro, who submitted a declaration in support of the Motion to Dismiss, before responding to the Motion. The Seisint Defendants will provide dates on which Ms. Policastro is available for deposition within five business days of the filing of this Report.

4.    The Parties agree that Plaintiffs will immediately order, for ordinary turnaround, the transcript from Ms. Policastro's deposition, and Plaintiffs' response to the Motion to Dismiss will be due 21 days after the date upon which they receive the transcript.

5.    The Parties agree that the Seisint Defendants may file a rebuttal brief to Plaintiffs' response within ten days of service of Plaintiffs' response to the Motion to Dismiss.

6.    The Parties are currently negotiating a stipulated protective order and will file, for entry by the Court, an agreed order or each Party's competing order within ten days of the date of filing of this Report.

Respectfully submitted,


Dated:  September 16, 2010                    _____/s/ Leonard A. Bennett_____
                                              Leonard A. Bennett
                                              Virginia Bar No. 37523
                                              CONSUMER LITIGATION ASSOCIATES P.C.
                                              12515 Warwick Boulevard, Suite 100
                                              Newport News, VA 23606
                                              Telephone:  (757) 930-3660
                                              Facsimile:  (757) 930-3662
                                              Email:  lenbennett@cox.net

sf-2895624

Dale W. Pittman
Virginia Bar No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

**COUNSEL FOR PLAINTIFFS**

Dated:  September 16, 2010

*/s/ David N. Anthony*

David N. Anthony
Virginia State Bar No. 31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone No.: (804) 697-5410
Facsimile No.: (804) 698-5118
Email: david.anthony@troutmansanders.com

James F. McCabe
James R. McGuire
MORRISON & FOERSTER LLP
426 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7011
Facsimile: (415) 268-7522
Email: jmccabe@mofo.com
Email: jmcguire@mofo.com

**COUNSEL FOR DEFENDANTS**

3

sf-2895624